CLAIM NO. 96

FORM B10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>MTI Technology Corporation | Case Number:<br>07-13347 *ES* |
|---|---|

**FILED**

**NOV 26 2007**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
_____ Deputy Clerk

07-13347

18476382

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>MARC FRANZ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Address where notices should be sent:<br><br>MARC FRANZ<br>30011 HILLSIDE TERRACE<br>SAN JUAN CAPIS, CA 92675-1573 | ☒ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone Number: 714-326-1505 | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends    a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☒ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from APRIL-07 to JUN 30-07
  _____(date)_____ _____(date)_____

| **2. Date debt was incurred:** | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
  Amount entitled to priority $_____
  Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
- ☒ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
  Value of Collateral:  $_____
  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____
- ☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
  *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| **5. Total Amount of Claim at Time Case Filed:** | $ 24,021.10 | | | |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>Nov-12-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>MARC FRANZ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

007126

96

FORM B9F (Chapter 11 Corporation or Partnership Asset Case) (10/05)

# UNITED STATES BANKRUPTCY COURT          Central District Of California

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on October 15, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>MTI Technology Corporation<br>15641 Red Hill Avenue<br>Suite 200<br>Tustin, CA 92780 | **Case Number:**<br>**8:07–bk–13347–ES** |
| Telephone number: | |
| All Other Names used by the Debtor(s) in the last 8 years, (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br>Dbt EIN/Tax I.D.: 95–3601802 |
| Attorney for Debtor(s) (name and address):<br>Scott C Clarkson<br>3424 Carson St Ste 350<br>Torrance, CA 90503<br>Telephone number:  310–542–0111 | Bankruptcy Trustee (name and address):<br>none |

### Meeting of Creditors:

Date:  November 28, 2007                    Time:  10:00 AM
Location:  411 W Fourth St., Room 1–159, Santa Ana, CA 92701

### Deadlines to File Proof of Claims

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
**No deadline has yet been set.  Notice of deadline will be sent at a later time.**

**Foreign Creditors**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court<br>Jon D. Ceretto |
| Hours Open:  9:00 AM – 4:00 PM | Date:  October 19, 2007 |
| (Form rev. 10/05:341–B9F) | 19/COR |

28 Civic Center Plaza, Room 625
Santa Ana CA 92701
Tel: (714) 558-4910  Fax: (714) 558-4728

PLAINTIFF:  **MARC R. FRANZ**
           **30011 HILLSIDE TERRACE**
           **SAN JUAN CAPISTRANO, CA. 92675**



DEFENDANT:  **MTI TECHNOLOGY CORP.**
           **17595 CARTWRIGHT RD.**
           **IRVINE, CA. 92614**

State Case Number
**18-70499    NC**                    **NOTICE OF CLAIM AND CONFERENCE**

ALL PARTIES in the above matter ARE TO APPEAR for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:**  **28 Civic Center Plaza, Room 625,  Santa Ana, CA 92701**

**DATE:**  **Wednesday, November 21, 2007        TIME:  1:15 PM**

The purpose of this conference is to discuss the validity and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:
UNPAID COMMISSIONS IN THE AMOUNT OF  $24,027.70
SEE ATTACHED EXHIBIT.....

☒ and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of
.................... per day until paid, but not to exceed thirty days.

☐ and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty of
per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

**ALL PARTIES** please bring any supporting material you have, including books, payroll records, time records or other documents that may have bearing on this matter.

**To the Defendant:**

Prior to the conference, you may submit to this office a written reply regarding this claim. However, you should still attend the conference.

If this matter is not settled at the conference, a hearing may be scheduled.  Any wages awarded as a result of a hearing pursuant to Labor Code Section 98(a) will accrue interest from the date they are found due until they are paid {Labor Code Section [98.1(c)}.

**Instead of appearing** for the above conference you can settle this claim by mailing **immediately** to this office a check or money order made payable to the **Plaintiff** for the full amount of the claim, **plus penalties.** If you concede that part of the claim is valid the conceded amount **must be paid immediately** as required by Labor Code Section 206.

Any disputed amount will be discussed at the scheduled conference.  Payment must be accompanied by a separate or detachable itemized statement of any deductions made, as provided by the Labor Code.  Do not make payroll deductions from amounts paid as penalties.

If this claim is not settled, it will be resolved as provided by Section 98 (a) of the Labor Code.

DATED:  October 23, 2007

_____
Nita Chopra              *Deputy Labor Commissioner*
714-558-4911

DLSE 563/PLT.  (REV9/96)        NOTICE OF CLAIM AND CONFERENCE                    L.C. 98

## COMMISSION SUMMARY / NOMINA DE COMISIONES

CASE NO.: 18-7 04 9

**EMPLOYEE NAME / NOMBRE DEL EMPLEADO:** Mitac Fethi

| Date Sold / Fecha de Venta | Invoice # or PO # / # de la Factura | Client Name / Nombre del Cliente | Amount of Sale / Cantidad de Venta | Commission Rate or Flat Fee / % de Comisión O Precio Fijo | Date Payable / Fecha Pagadera | Amount of Commission / Cantidad des Comision | Amount Paid / Cantidad Pagada | An... Cant |
|---|---|---|---|---|---|---|---|---|
| MAY-07 | | EXIBIT 1 | | | | 5,127 | | |
| MAY-07 | | lifescript | 170,000 | | | 5,525 | | |
| MAY-07 | | Skyworks | 149,000 | | | 3,486.60 | | |
| MAY-07 | | Skyworks | 35,000 | | | 710.00 | | |
| JULY07 | | JATR semi | 56,000 | | | 197,570 | | |
| JULY07 | | Amtec surcust | 49,000 | | | 1,274 | | |
| JULY07 | | Aerospace Corp. | 159,000 | | | 5,78760 | | |
| JULY07 | | City of Anaheim | 29,000 | | | 1,400 | | |

Are Commissions subject to Returns, Cancellations, Charge-Backs, etc.? Please explain.

Son las Comisiones propensas a Devolución, Cancelacion, etc.? Por Favor explique.

When are Commissions earned, i.e. Date of Sale, Date of Delivery, Date of Payment, etc.? Cuando son las Comisiones ganadas, el día de la Venta, la Entrega, o Cuando es Pagada, etc.?

Average Daily Earnings, Including Salary, Commissions, etc. Promedio de Ganancias Diarias, Incluyendo u Comisiones, etc.

LBE-166 (Rev. 12/03)

EXHIBIT-A / PR

**Marc Franz**

| | |
|---|---|
| **From:** | Huynh, Huan [HHuynh@mti.com] |
| **Sent:** | Tuesday, August 21, 2007 10:02 AM |
| **To:** | Marc Franz |
| **Subject:** | RE: commissions |

Give me a few more days. We are moving this week. Sorry. Huan

**From:** Marc Franz [mailto:MFranz@FusionStorm.com]
**Sent:** Tuesday, August 21, 2007 9:47 AM
**To:** Huynh, Huan
**Subject:** RE: commissions

Huan did you find out why I did not get paid on the orders that I brought in to MTI last qtr? I also need to know if it is MTI intention to pay them or do I need to go to the Labor board to collect as per or agreement.

Thanks my friend I hope you are doing well.

Marc Franz
EMC/VMware Director Western Region
18401 Von Karman Suite 330
Irvine California 92612
Cell 714-321-1505
Fax 805-583-1650

**From:** Huynh, Huan [mailto:HHuynh@mti.com]
**Sent:** Thursday, August 16, 2007 3:15 PM
**To:** Marc Franz
**Subject:** RE: commisions

Marc- let me look into it and get back to you. I will have an answer by Monday on why the commissions have not been paid.

Regards,
Huan

**From:** Marc Franz [mailto:MFranz@FusionStorm.com]
**Sent:** Wednesday, August 15, 2007 2:35 PM
**To:** Huynh, Huan
**Subject:** commisions

Huan can you please let me know via email or voice mail if you intend to honor my written agreement that I have with MTI to pay me on the orders that I brought into MTI last qtr. If you aren't going to pay I will have no other choice put to bring this contract to the California Labor Board and let them handle it.

Please let me know one way or the other.

Thanks Marc Franz

Marc Franz
EMC/VMware Director Western Region
18401 Von Karman Suite 330
Irvine California 92612
Cell 714-321-1505
Fax 805-583-1650

8/23/2007



May 24, 2007

Marc Franz
30011 Hillside Terrace
San Juan Capistrano, CA 92675

Dear Mr. Franz,

This letter is to confirm you are changing to part time status effective Monday May 28, 2007. Per the email between you and Keith Clark (exhibit A) you have agreed to stay on part-time with MTI until June 30, 2007. MTI will pay you a lump sum of $3,000 on June 15, 2007 for your part-time services. No other payment will be made to you (i.e. Expenses incurred after May 25, 2007) besides all normal commissions in accordance to your MTI commission plan up to June 30, 2007. Attached is your check paying you through May 25, 2007 plus accrued vacation.

You may have the option to continue your Group Dental, Medical and Vision coverage based on your current benefits. Your coverage under these benefits may end **May 31, 2007**. You will be receiving information about continuing group health coverage from Tri-ad, our COBRA administrator. This information will be mailed to the last address we had on record at Human Resources. If your address has changed, please contact us immediately. You have 60 days from the date that you receive that letter to advise them of your intention to continue benefits under COBRA. If you choose the extension of benefits you will be responsible for mailing your monthly premium check, made payable to Tri-ad.

If you have any questions, please feel free to contact Human Resources at 949-885-7307.

Please sign between agreeing to the terms of this arrangement

Sincerely,

Huan Huynh
Vice President of Human Resources

Marc Franz            Date:

"Exhibit A"

## Huynh,Huan

| | |
|---|---|
| **From:** | KC [KC@uk.mti.com] |
| **Sent:** | Friday, May 18, 2007 2:02 PM |
| **To:** | Huynh,Huan |
| **Cc:** | Kirnbauer,Edward |
| **Subject:** | FW: deals in work |

Hi Huan,

Please can you make sure we implement against the plan below.

Brgds

KC

-----Original Message-----
From: Franz,Marc [mailto:MFranz@mti.com]
Sent: 18 May 2007 04:07
To: KC
Subject: Re: deals in work

You got it KC I will try my best to go out with class and with numbers that will make
everyone some MONEY!

KC as always I have appreciated your friendship and business partnership.

Call Me anytime KC my phone is always on 24x7 .

Cheers Marc

-----Original Message-----
From: KC <KC@uk.mti.com>
To: Franz,Marc
Sent: Thu May 17 19:44:58 2007
Subject: Re: deals in work

Agreed @ $3000 Marc but consider this to be full payment and covers any "incidentals" you
may incur.
We are relying on you to come through big. Let's see you go out with a bang!
I shall be back June 4th and will be tracking your progress. Please provide me with a
weekly written update on the order progress so that I may share internally.
Brgds
KC

-----Original Message-----
From: Franz,Marc <MFranz@mti.com>
To: KC
Sent: Fri May 18 03:35:43 2007
Subject: Re: deals in work

KC thanks for getting back to me everything looks fine except the June part time salary
how about 3000 for the month that is about a qtr of what I normally get and I will still
be working some large deals on MTI S behalf Hope this meets with your approval.

Cheers Marc

-----Original Message-----
From: KC <KC@uk.mti.com>
To: Franz,Marc
CC: Raimondi,Tom; Patterson,Steve
Sent: Thu May 17 18:42:44 2007
Subject: FW: deals in work

1

STATE OF CALIFORNIA - DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
STATE LABOR COMMISSIONER

| FOR OFFICE USE ONLY – NO ESCRIBA EN ESTA SECCION | | |
|---|---|---|
| Taken by | | Wage Adjudication |
| Date filed | Action | SIC Number |

**Initial Report or Claim/ Reporte Inicial O Reclamo**

**PLEASE PRINT ALL INFORMATION / POR FAVOR ESCRIBA CON LETRA DE MOLDE TODA LA INFORMACIÓN**

If interpreter needed, what language?/Si necesita un interprete, que idioma? :

| Your name / Su nombre | Interpreter needed | Social Security Number | Date of birth |
|---|---|---|---|
| MARC R FRAND | Interprete requerido | No. de Seguro Social | Fecha de nacimiento |
| Your address – Number and street, apartment or space no. | ☐ Yes ☐ No | | 5-2-56 |
| Su domicilio - No. y calle, apartamento o no. de espacio | Home phone no. | Work phone no. / current | |
| 30011 HILLSIDE TERRACE | Teléfono - casa | No. de teléfono de su trabajo actual | |
| City, State, Zip Code / Ciudad, Zona Postal | (949) 234-0530 | (714)-321-1505 | |
| SAN JUAN CAPISTRANO   CA 92675 | California Driver's License / CA. I.D. Number | | |
| | No. de Licencia de Conducir o Identificación de California | | |
| | N 211 C 123 | | |

**AGAINST / EN CONTRA**

| Name of business / Nombre del negocio | | |
|---|---|---|
| MTI | ☒ Corporation | ☐ Sociedad anonima |
| Employer's vehicle license no./Numero de licencia del vehiculo del empleador: _____ | ☐ Sole owner | ☐ Propietario |
| | ☐ Partnership | ☐ Sociedad |
| Address of business, City, State, Zip Code / Dirección del negocio, Ciudad, Zona Postal | ☐ LLC-LLP | ☐ LLC-LLP |
| 17595 CARTWRIGHT RD   JUST MOVED NEW ADDRESS | ☐ Bankruptcy | ☐ Bancarrota |
| IRVINE CA 92614   15641 REDHILL AVE | ☐ Business sold | ☐ Negocio vendido |
| SUITE 200 TUSTIN CA 92780 | ☐ Business closed | ☐ Negocio cerrado |
| Name of person in charge / Nombre de la persona a cargo | Telephone no. / No. de teléfono | Type of business / Tipo de negocio | No. of employees No. de empleados |
| HUAN HUYNH | 1-800-999-9634, COMPUTER SALES | | |
| Type of work performed / Ocupación, tipo de trabajo hecho | Date of hire Fecha de empleo | Public Works Project? ¿Proyecto de Obras Públicas? | Was your job union? ¿Pertenece Ud. a un sindicato? |
| SALES | SEPT 2003 | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Location where work performed - Number. and Street , City , County, Zip Code / Lugar donde trabajó - No. de Calle, Ciudad, Condado, Zona Postal | | | |

**WAGES - CONDITIONS OF EMPLOYMENT / SUELDO - CONDICIONES DE EMPLEO**

| Rate of pay - per hour, day, week or month or piece rate (specify) Tasa de pago –por hora, dia, semana, mes o por pieza (especifique) $ | Total hours worked / Total de horas trabajadas By day / Por dia By week / Por semana | Paid Overtime? ¿Le pagaban el sobretiempo? ☐ Yes ☐ No |
|---|---|---|
| Are you still working for this employer? ¿Aún sigue trabajando para este patrón? ☐ Yes ☐ No | ☐ Discharged Despedido   ☒ Quit Renuncié | On what date? ¿En que fecha? | Were you paid at time of discharge? ¿Le pagarón cuando lo despidierón? |
| If quit, did you give 72 hours notice? ¿Si renunció, dió Ud. 72 horas de aviso? ☒ Yes ☐ No | Have you asked for your wages? ¿Ha solicitado su sueldo? ☒ Yes ☐ No | If yes, on what date? Si es que si, ¿en que fecha? | ☐ In person / En persona ☐ By mail / Por correo |
| How were you paid? ¿Cómo le pagaban? ☒ By check / con cheque ☐ In cash / en efectivo | Given a deduction slip? ¿Le dieron un talón de deducciones? ☒ Yes ☐ No | Did you keep a record of hours worked? ¿Tiene récord de las horas trabajadas? ☒ Yes ☐ No | |

**GROSS WAGES CLAIMED / GANANCIAS EN BRUTO RECLAMADAS**

| From (date) / De (Fecha) | To (date) / A (Fecha) | Number of hours, days, weeks or months (Specify: vacation, commission, expenses, overtime) No. de horas, días, semanas o meses reclamados (Especifique: vacaciones, comisión, gastos, sobretiempo) |
|---|---|---|
| mo. / date / yr. | mo. / date / yr. | |

| At the rate of - per hour, day, week or month (specify) Al pago de - por hora, día, semana o mes (especifique) $ | Gross amount claimed Cantidad en bruto reclamada | $ 24077.70 |
|---|---|---|
| Brief explanation of issues (use additional sheet if necessary) Breve explicación de los hechos (use papel adicional si es necesario) | Less amount paid: Menos la cantidad recibida | $ -0- |
| THESE ARE ORDERS THAT CAME IN FROM APRIL | Amount claimed: Cantidad o saldo reclamado: | $ 24,077.70 |
| TO JUNE 30th THAT I'M OWED (COMMIS) | | |
| ON PER CONTRACT THAT I HAVE ATTACHED | | |

*I hereby certify that this is a true statement to the best of my knowledge/Por el presente, que esta es una declaración verídica conforme a mi conocimiento.*

Signed: _____    Date: AUG-23-07

DLSE FORM 1 / WAGE ADJUDICATION REV 5/2005

## Marc Franz

**From:**   Huynh,Huan [HHuynh@mti.com]
**Sent:**   Thursday, August 16, 2007 3:15 PM
**To:**   Marc Franz
**Subject:** RE: commisions

Marc- let me look into it and get back to you. I will have an answer by Monday on why the commissions have not been paid.

Regards,
Huan

**From:** Marc Franz [mailto:MFranz@FusionStorm.com]
**Sent:** Wednesday, August 15, 2007 2:35 PM
**To:** Huynh,Huan
**Subject:** commisions

Huan can you please let me know via email or voice mail if you intend to honor my written agreement that I have with MTI to pay me on the orders that I brought into MTI last qtr. If you aren't going to pay I will have no other choice put to bring this contract to the California Labor Board and let them handle it.

Please let me know one way or the other.

**Thanks Marc Franz**

Marc Franz
EMC/VMware Director Western Region
18401 Von Karman Suite 330
Irvine California 92612
Cell 714-321-1505
Fax 805-583-1650

8/23/2007



May 24, 2007

Marc Franz
30011 Hillside Terrace
San Juan Capistrano, CA 92675

Dear Mr. Franz,

This letter is to confirm you are changing to part time status effective Monday May 28, 2007. Per the email between you and Keith Clark (exhibit A) you have agreed to stay on part-time with MTI until June 30, 2007. MTI will pay you a lump sum of $3,000 on June 15, 2007 for your part-time services. No other payment will be made to you (i.e. Expenses incurred after May 25, 2007) besides all normal commissions in accordance to your MTI commission plan up to June 30, 2007. Attached is your check paying you through May 25, 2007 plus accrued vacation.

You may have the option to continue your Group Dental, Medical and Vision coverage based on your current benefits. Your coverage under these benefits may end **May 31, 2007**. You will be receiving information about continuing group health coverage from Tri-ad, our COBRA administrator. This information will be mailed to the last address we had on record at Human Resources. If your address has changed, please contact us immediately. You have 60 days from the date that you receive that letter to advise them of your intention to continue benefits under COBRA. If you choose the extension of benefits you will be responsible for mailing your monthly premium check, made payable to Tri-ad.

If you have any questions, please feel free to contact Human Resources at 949-885-7307.

Please sign between agreeing to the terms of this arrangement

Sincerely,

Huan Huynh
Vice President of Human Resources


Marc Franz            Date:

## Marc Franz

| | |
|---|---|
| **From:** | Huynh, Huan [HHuynh@mti.com] |
| **Sent:** | Tuesday, August 21, 2007 10:02 AM |
| **To:** | Marc Franz |
| **Subject:** | RE: commissions |

Give me a few more days. We are moving this week. Sorry. Huan

**From:** Marc Franz [mailto:MFranz@FusionStorm.com]
**Sent:** Tuesday, August 21, 2007 9:47 AM
**To:** Huynh, Huan
**Subject:** RE: commissions

Huan did you find out why I did not get paid on the orders that I brought in to MTI last qtr? I also need to know if it is MTI intention to pay them or do I need to go to the Labor board to collect as per or agreement.

Thanks my friend I hope you are doing well.

Marc Franz
EMC/VMware Director Western Region
18401 Von Karman Suite 330
Irvine California 92612
Cell 714-321-1505
Fax 805-583-1650

**From:** Huynh, Huan [mailto:HHuynh@mti.com]
**Sent:** Thursday, August 16, 2007 3:15 PM
**To:** Marc Franz
**Subject:** RE: commisions

Marc- let me look into it and get back to you. I will have an answer by Monday on why the commissions have not been paid.

Regards,
Huan

**From:** Marc Franz [mailto:MFranz@FusionStorm.com]
**Sent:** Wednesday, August 15, 2007 2:35 PM
**To:** Huynh, Huan
**Subject:** commisions

Huan can you please let me know via email or voice mail if you intend to honor my written agreement that I have with MTI to pay me on the orders that I brought into MTI last qtr. If you aren't going to pay I will have no other choice put to bring this contract to the California Labor Board and let them handle it.

Please let me know one way or the other.

Thanks Marc Franz

Marc Franz
EMC/VMware Director Western Region
18401 Von Karman Suite 330
Irvine California 92612
Cell 714-321-1505
Fax 805-583-1650

8/23/2007

| Creditor: (19475362)<br>MARC FRANZ<br>30011 HILLSIDE TERRACE<br>SAN JUAN CAPIS, CA 92675 | Claim No: 96<br>Filed: 11/26/2007<br>Entered: 11/30/2007 | Status:<br>Filed by: CR<br>Entered by: Joseph, Susan<br>Modified: |
|---|---|---|

Unsecured claimed: $24027.00

**Total       claimed: $24027.00**

History:

96-1    11/26/2007 Claim #96 filed by MARC FRANZ , total amount claimed: $24027 (Joseph, Susan)

Description:

Remarks:

96

# CLAIM NO. 246

# ORIGINAL

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

Name of Debtor: **MTI Technology Corporation**    Case Number: **07-13347-ES**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**ROBERT OWEN**

Name and address where notices should be sent:

TEL: (2 0 1) 6 9 4 - 6 9 0 9

NID 817-3-NS-4190          05069
ROBERT OWEN
19 PARK AVE.
HAWTHORNE, NJ 07506

**FILED**

**APR 29 2008**

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: _____

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Telephone: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **United States Bankruptcy Court, Central District of California, Santa Ana Division, 411 West Fourth Street Suite 904, Santa Ana, CA 92701-4593.** Please refer to the Notice of Bar Date for claims submission deadlines. No facsimiles will be accepted.

**1. Amount of Claim as of Date Case Filed:**    $ 1 4 , 5 3 9 . 7 9

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**2. Basis for Claim**  COMMISSIONS OWED
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**  _____

**3a. Debtor may have scheduled account as:**  _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of collateral: $ _____    Annual Interest Rate: ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____    Basis for perfection: _____

Amount Secured $ _____    Amount Unsecured $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$ 1 0 , 9 5 6 . 0 0

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date: 0 4 / 2 3 / 2 0 0 8

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature: *[signature]*

Printed Name:  ROBERT OWEN    Title: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0817    5069

### NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTERESTS IN RE MTI TECHNOLOGY CORPORATION
### SA 8:07-bk-13347-ES

On April 7, 2008, the United States Bankruptcy Court for the Central District of California entered an Order on Motion for Order Setting Bar Dates [etc.] ("Bar Date Order"). The Bar Date Order sets the Bar Date – the last day for you to file a proof of claim or proof of interest against MTI Technology Corporation, debtor in possession in the above-referenced chapter 11 case ("Debtor" and "Case" respectively). If you have previously done business with, or come into contact with, the Debtor or are a present or former shareholder of the Debtor, you may have a claim or interest in the Case. This notice sets forth certain deadlines for filing proofs of claims and proofs of interests. This notice may be deemed adequate even if you do not receive direct notice of these deadlines.

**Please read this notice carefully to ascertain whether these deadlines apply to you.**

Except as set forth expressly to the contrary in this Notice, the Bar Date for filing proofs of claim for creditors and proofs of interest for equity security holders is **June 18, 2008.** In order to assist in the review and reconciliation of proofs of claims and proofs of interest, copies of any invoice, statement or other document evidencing the amounts or basis of the proof of claim or proof of interest **MUST** accompany the form proof of claim or proof of interest. An original and two copies of each proof of claim or proof of interest shall be filed, by hand delivery or by mail, with the Bankruptcy Court at 411 West Fourth Street, Santa Ana, CA  92701-4593.

Any creditor whose claim is listed in the Debtor's Schedules of Assets and Liabilities which were filed on the Petition Date ("Schedules"), and whose claim was not listed as "disputed," "contingent," or "unliquidated," in the Schedules, and who agrees with the amount and category of the claim (secured, priority, general unsecured, etc.) may, but need not, file a proof of claim in the Case.

Any creditor or equity security holder whose claim, or interest is not listed in the Schedules, or whose claim or interest is listed in the Schedules as disputed, contingent, or unliquidated must file a proof of claim or proof of interest by no later than the Bar Date, or such creditor or equity security holder shall not be entitled to participate in the Case or to share in any distribution under any Chapter 11 plan ("Plan") confirmed in the Case.

Any creditor or equity security holder whose claim or interest is listed in the Schedules in an amount which the creditor or equity security holder believes to be incorrect, or who disagrees with the category of the claim (secured, priority, general unsecured, etc.) listed in the Schedules, must file a proof of claim or proof of interest by no later than the Bar Date, or such creditor or equity security holder shall be bound by the amount and category of its claim or interest listed in the Schedules.

All proofs of claim or proofs of interest must be served by mail upon the Debtor's counsel, Eve A. Marsella, Esq. of Clarkson, Gore & Marsella, APLC, 3424 Carson Street, Suite 350, Torrance, California 90503, and upon counsel for the Official Committee of

calendar day after the entry of an order or judgment voiding such transfer, or such creditor shall not be entitled to participate in the Case or to share in any distribution under any confirmed Plan on account of such claim.

The Bar Date for a governmental unit (as such term is defined in Section 101(27) of the Bankruptcy Code) to file a proof of claim is the 180th day after the Petition Date (i.e., April 14, 2008).

Any creditor (including, without limitation, any governmental unit) or equity security holder that is required to, but that does not, file a proof of claim or proof of interest in compliance with the procedures established, and within the time period fixed, by this Notice shall be forever barred from: (i) participating in any manner in the Case; (ii) voting with respect to any Plan filed in the Case; and (iii) receiving any distribution under any confirmed Plan. Any such creditor or equity security holder shall not be entitled to receive any further mailings or notices in the Case. Any such creditor or equity security holder shall be bound by the terms of any confirmed Plan.

Any creditor or equity security holder may also review the ORDER SETTING DEADLINES FOR FILING PROOFS OF CLAIM, which may be found at the web site maintained by Omni Management Group at:
**http://www.claimsmanager.com/files/frmDocs.aspx?enum=15202&cboclient=817**
for the full text of the order regarding the Bar Date.

## Timeline of Events with MTI separation

June 6th 2007 – Received an email from Sal Maita stating the NY team is being let go,

July 16th 2007 – Email from Sean Smith of MTI with commission statement that is payable Friday July 20th. Amount due is $14,274.

July 18th 2007 – Arrive on Vacation in Montego Bay Jamaica

July 19th 2007 – I attempt to login to corporate email from Ritz Carlton in Montego Bay.. Email account is locked. I am informed by a co-worker (Frank Viggiano) that I have been terminated. I receive word from EMC employees that they received an email from Sal Maita stating that I was no longer with MTI. At this point no one has contacted me from MTI

July 20th 2007 – Final commission Check is deposited and then reversed into checking account. Amount of deposit is $9014.03. This amount correlates to what I would be paid after withholding for taxes, 401k, medical etc.

- 9:29am I send a resignation email to Huan Huyn resigning from MTI.
- 12:25pm – No response from MTI on resignation I send a follow up email to ensure it was received.
- 3:26pm – Huan responds that my resignation is effective immediately. No exit interview or further information is provided.
- 4:04pm – I ask about monies owed to me and forward on the commission statement from Sean Smith on the 6th.
- 7:47pm – Huan says he will get back to me on commissions asks if I will be back the following Monday-Wednessday
- 7:46pm – I ask whether Huan plans to hold an exit interview with me and provide me with the monies owed to me.
- 8:49pm – Huan states he will have an exit package for me on Tuesday July 23rd in the NJ Tinton Falls MTI office.

July 23rd 2007 – Exit interview with Huan Hyun of MTI. I turn in my MTI equipment and receive a returned equipment sheet signed by Huan as well as an exit letter. During the interview Huan assures me that the final commissions and expenses owed to me must be printed on a manual check as terminated employees can no longer receive direct deposit. He states that the checks will be printed on Wednesday the 25th of July and I should receive by Friday. At the meeting Huan has a printed check for my vacation and hourly rate already printed. I ask how this is printed and not the commission and he states he does not know.

July 31st 2007 – Email to Huan about commission checks. Call to Huan – Huan states that checks are still in progress and will call me back with an update. I never receive a follow up.

August 1st 2007 – Call and email to Huan… No response.

August 2nd 2007 – Wage Claim is submitted to NJ Dept of Labor VIA fax.
Sal Maita is in 2 Penn Plaza offices and I return EMC bathroom key to him. I ask about commissions and help getting them. He states that he cannot help me and it is his advice to all employees to ensure all their monies are paid before separating from MTI. He also states that I cannot tell people that MTI has not paid me monies owed.

August 3rd 2007 – Call and voicemail to Huan… No response.

August 4th 2007 – Huan sends a blanket response to all ex-MTI employees that there have been issues getting commissions that are owed due to the number of terminations. He states the checks will be mailed. Shortly after I respond stating the previous email is unacceptable. I never receive further information from MTI.

To date there has been no effort on MTI's behalf to pay me the commissions owed and outlined in the documents package presented.

## NEW JERSEY DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT
### DIVISION OF WAGE AND HOUR COMPLIANCE
### PO BOX 389
### TRENTON, NEW JERSEY 08625-0389

| PLEASE COMPLETE BOTH SIDES OF FORM: | CASE NUMBER: |
|---|---|

I request the Commissioner of Labor and Workforce Development to investigate the claim indicated by the information supplied in this complaint form and advise me of the results of the investigation.

### PLEASE TYPE OR PRINT LEGIBLY IN COMPLETING THIS FORM IN ITS ENTIRETY.

### ACCEPTANCE OF THIS CLAIM BY THE DEPARTMENT DOES NOT GUARANTEE COLLECTION

### EMPLOYMENT INFORMATION

| NAME    (LAST) Owen | (FIRST) Robert | (INITIAL) J | SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|

| NUMBER AND STREET ADDRESS 19 Park Ave | TELEPHONE NUMBER (Give Area Code) (201) 694-6909 |
|---|---|

| CITY Hawthorne | STATE NJ | ZIP CODE 07506 | DAYTIME TELEPHONE NUMBER OR # WHERE MESSAGE CAN BE LEFT |
|---|---|---|---|

NAME OF EMPLOYER:
MTI Technologies

(201) 694-6909

BUSINESS ADDRESS (NUMBER AND STREET)
788 Shrewsbury Ave

| CITY Tinton Falls | STATE NJ | ZIP CODE 07724 | COUNTY Monmouth | TELEPHONE NUMBER (732) 782-0433 |
|---|---|---|---|---|

EMPLOYER'S HOME ADDRESS (NUMBER AND STREET)

| CITY | STATE | ZIP CODE | COUNTY | TELEPHONE NUMBER ( ) - |
|---|---|---|---|---|

NATURE OF EMPLOYER'S BUSINESS IS:
Value Added Re-Seller of EMC equipment and software

NAME OF CORPORATE OFFICERS / OWNER(S):
Tom Raimondi (CEO), Sal Maita (VP of NorthEast Sales  my manager and direct report)

Has the employer filed for bankruptcy?  ☐ Yes  ☒ No    If no, is the employer still in business?  ☒ Yes  ☐ No
If yes, have you submitted a Proof of Claim to the Bankruptcy Court?  ☐ Yes  ☐ No

| DATE STARTED TO WORK Dec 1, 2005 | DATE LAST WORKED 7/19/07 | IF NO LONGER EMPLOYED, WRITE THE REASON Resignation |
|---|---|---|

MY FINAL RATE OF PAY WAS: GROSS AMOUNT   PER HOUR: $N/A        PER DAY: $N/A         PER WEEK: $N/A

| I WORKED IN – CITY:  Tinton Falls | COUNTY:  Monmouth |
|---|---|

THE KIND OF WORK I DID & TITLE: Technical Account Manager. Responsible for managing technical accounts and reselling of EMC product for commisions.  (See Commision Plan)

MY USUAL PAY-DAY WAS: ☐ MON.  ☐ TUE.  ☐ WED.  ☐ THU.  ☒ FRI.  ☐ SAT.  ☐ SUN.

THE LAST WAGE PAYMENT I RECEIVED WAS: GROSS AMOUNT: $3,778.07        DATE RECEIVED:  7/21/07

THE PERIOD OF TIME COVERED BY SUCH LAST PAYMENT WAS:  all hourly wages and accrued vacation. The outstanding pay ($14,539.79) is all commision and expenses based.  I am up to date on all hourly wages.

THE TOTAL AMOUNT OF WAGES (BEFORE TAX DEDUCTIONS) WHICH I BELIEVE IS DUE ME IS: $14,539.79

THE PERIOD OF TIME FOR WHICH WAGES ARE DUE (LIST DATES AND HOURS)  Commisions for June 2007.

MW-31A

I made demand for monies I believe due me at the following place and time (write in the space below. FULL INFORMATION, including the name of the person on whom demand was made and the reason given you for refusal to pay.)

I have made several attempts to contact Huan Huynh the Director of human resources. During my exit interview on 7/21/07 I was told that my final commision and expense check would be mailed out on Wed 7/23/07. I have not received these checks. I emailed on 7/31/07 as well as 8/1/07 and left voicemails for him. I have had no response in regards to this outstanding pay and expense reimbursement. I have attached a commision summary done by Sean Smith at MTI and emailed to me internally before my resignation. I have also attached a bank statement that shows MTI paid the commisions owed and immediately reversed the payment. I have also attached expense reports. copies of receipts for expenses and emails to and from Huan Huynh.

| | |
|---|---|
| WERE ANY WAGES DUE YOU PAID BY CHECKS RETURNED NOT HONORED?   ☐ Yes   ☒ No | IF YES, SUBMIT PHOTOCOPIES OF CHECK(S). |
| WERE YOU A MEMBER OF ANY UNION WHEN EMPLOYED IN THIS FIRM? ☐ Yes   ☒ No | IF "YES", GIVE NAME, LOCAL NO., ADDRESS, ZIP CODE AND TELEPHONE NO. OF UNION |
| HAVE YOU ASKED YOUR UNION FOR ASSISTANCE? ☐ Yes   ☒ No | IF "YES", WHAT ACTION HAS THE UNION TAKEN? |
| WERE YOU CLASSIFIED AS AN INDEPENDENT CONTRACTOR BY YOUR EMPLOYER? ☐ Yes   ☒ No | IF "YES", HAVE YOU FILED A COURT ACTION? |

DO YOU CONSIDER YOURSELF TO HAVE BEEN AN EMPLOYEE AND NOT AN INDEPENDENT CONTRACTOR?   ☒ Yes   ☐ No

THE FOLLOWING SPACE IS RESERVED FOR ADDITIONAL INFORMATION. PLEASE PROVIDE DETAILS AND ATTACH COPIES OF RELATED PAPERWORK. (If possible, include photocopy of a paystub or W-2 Form.)

Attached you will find a series of documents that prove that MTI Technologies has not paid me the full amount owed. Please feel free to contact me at any time with any further questions regarding this claim. Thank you in advance for your help.

Robert Owen

IF UNDER 18, GIVE AGE _____ AND DATE OF BIRTH _____

NOTE: If you are under 18 years of age, it is necessary that this form be signed by one of your parents or guardian in addition to your own signature.

*I hereby authorize the New Jersey Department of Labor and Workforce Development, Division of Wage and Hour Compliance, to release my identity to the employer during the course of an investigation of this wage claim.*

Date _____    Your Signature _____

_____    and    _____
WITNESS TO SIGNATURE                        ADDRESS OF WITNESS

**JUNE 2007 INVOICES    NY TEAM - UWEN**

| INV# | S/O# | CUSTOMER | ORDER AMT | INV AMT | OPEN | MARGIN | MARGIN $ | ASSIGNED | PMT RATE | PMT REC'D | COMMISSION | COMM PAID | COMM PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **GRIFFIN** | | | | | | | | | | | |
| 139882 | S802071 | BARON CAPITAL | $35,773.00 | $24,948.00 | $12,125.00 | 72% | $76,496.00 | $0.00 | 3.00% | NOT PAID | $795.00 | $795.00 | $0.00 |
| 140014 | S802090 | CSB - ISHMAN | $5,490.00 | $5,490.00 | $0.00 | 22% | $1,228.00 | $0.00 | 2.50% | NOT PAID | RESERVED | RESERVED | |
| 140145 | S802080 | STROZ FRIEDBERG LLC | $109,955.00 | $102,840.00 | $17,315.00 | 25% | $41,665.00 | $13,812.00 | 2.50% | NOT PAID | $1,142.00 | $1,142.00 | $0.00 |
| 140180 | S800396 | SECCAS | $45,830.00 | $45,830.00 | $0.00 | 41% | $19,152.00 | $5,727.00 | 3.00% | NOT PAID | $491.00 | $491.00 | $0.00 |
| 140196 | S802099 | GLOBEOP FINANCIAL | $126,878.00 | $126,878.00 | $0.00 5% | $6,344.00 | $0.00 | 1.50% | NOT PAID | $95.00 | $95.00 | $0.00 |
| 140207 | S803107 | VISION FINANCIAL | $27,000.00 | $27,000.00 | $0.00 | 31% | $8,677.00 | $0.00 | 3.00% | NOT PAID | $260.00 | $260.00 | $0.00 |
| 140334 | S802119 | STROZ FRIEDBERG LLC | $49,000.00 | $49,000.00 | $0.00 | 29% | $13,029.00 | $15,359.00 | 3.00% | NOT PAID | $301.00 | $301.00 | $0.00 |
| 140433 | PS78286 | CGS NYFIX | $22,000.00 | $22,000.00 | $0.00 | 43% | $9,450.00 | $0.00 | 3.00% | NOT PAID | $284.00 | $284.00 | $0.00 |
| | | **UMEN** | | | | | | | | | | | |
| 139782 | S80299 | US BANCORP - LEBOEUF | $281,000.00 | $281,000.00 | $0.00 | 12% | $28,200.00 | $28,200.00 | LEASE | NOT PAID | RESERVED | RESERVED | |
| 139872 | S802060 | NMATRIX SYSTEMS | $400,000.00 | $400,000.00 | $0.00 | 8% | $31,000.00 | $0.00 | 2.00% | NOT PAID | $620.00 | $620.00 | $0.00 |
| 139756 | S802080 | METLIFE | $16,995.00 | $16,995.00 | $0.00 | 18% | $2,474.00 | $2,999.00 | 2.00% | NOT PAID | $49.00 | $49.00 | $0.00 |
| 139984 | S802014 | UNCOMMON GOODS | $5,580.00 | $5,580.00 | $0.00 | 15% | $834.00 | $0.00 | 3.00% | NOT PAID | $17.00 | $17.00 | $0.00 |
| 140004 | S802017 | CSB - BEMTINEL | $142,000.00 | $89,076.00 | $42,924.00 | 16% | $22,885.00 | $13,696.00 | LEASE | NOT PAID | RESERVED | RESERVED | |
| 139999 | S802025 | METROPOLITAN MUSEUM | $89,228.00 | $63,928.00 | $5,600.00 | 35% | $23,316.00 | $1,912.00 | 5.00% | NOT PAID | $1,166.00 | $1,166.00 | $0.00 |
| 140017 | S803033 | KIMCO REALTY | $401,725.00 | $416,575.00 | $43,150.00 | 37% | $147,865.00 | $60,414.00 | 5.00% | NOT PAID | $1,923.00 | $1,923.00 | $0.00 |
| 140007 | S803036 | WILLKIE FARR & GALLAGHER | $164,048.00 | $154,048.00 | $0.00 | 10% | $16,645.00 | $0.00 | 5.00% | NOT PAID | $233.00 | $233.00 | $0.00 |
| 140029 | S803052 | MINDSHIFT TECHNOLOGIES | $101,248.00 | $101,248.00 | $0.00 | 8% | $7,312.00 | $5,616.00 | 2.00% | NOT PAID | $146.00 | $146.00 | $0.00 |
| 140165 | S803079 | SCHULTE ROTHM & ZABEL | $26,813.00 | $26,813.00 | $0.00 | 19% | $5,099.00 | $0.00 | 2.00% | NOT PAID | $101.00 | $101.00 | $0.00 |
| 140145 | S803079 | SCHULTE ROTHM & ZABEL | $25,874.00 | $25,874.00 | $0.00 | 19% | $4,925.00 | $0.00 | 2.00% | NOT PAID | $99.00 | $99.00 | $0.00 |
| 140197 | S803100 | GL OVERSEAS | $3,790.00 | $3,790.00 | $0.00 | 22% | $79.00 | $427.00 | 3.00% | NOT PAID | $2.00 | $2.00 | $0.00 |
| 140034 | S803106 | LEBOEUF LAMB GREENE & MCRAE | $39,008.00 | $39,008.00 | $0.00 | 13% | $5,508.00 | $0.00 | 2.00% | NOT PAID | $10.00 | $10.00 | $0.00 |
| 140225 | S803116 | KARHM GROUP | $47,500.00 | $47,500.00 | $0.00 | 19% | $23,652.00 | $23,652.00 | 5.00% | NOT PAID | $190.00 | $190.00 | $0.00 |
| 140308 | S803111 | BLACKSTONE GROUP | $21,726.00 | $18,126.00 | $3,600.00 | 19% | $3,590.00 | $12,862.00 | 2.00% | NOT PAID | $172.00 | $172.00 | $0.00 |
| 140309 | S803116 | KARHM GROUP | $960.00 | $960.00 | $0.00 | 68% | $649.00 | $0.00 | 5.00% | NOT PAID | $32.00 | $32.00 | $0.00 |
| 140439 | F41306 | ALVAREZ | $1,800.00 | $1,800.00 | $0.00 | 33% | $600.00 | $0.00 | 5.00% | NOT PAID | $30.00 | $30.00 | $0.00 |
| 140235 | PS803110 | GL TRADE | $1,800.00 | $1,800.00 | $0.00 | 55% | $1,000.00 | $0.00 | 3.00% | NOT PAID | $50.00 | $50.00 | $0.00 |
| | | **VHOAKO** | | | | | | | | | | | |
| 140348 | S803103 | COMPANY | $28,650.00 | $28,650.00 | $0.00 | 12% | $3,565.00 | $0.00 | 1.50% | NOT PAID | $55.00 | $55.00 | $0.00 |
| 139687 | S803206 | PXENA INVESTMENT MGMT | $11,936.00 | $11,936.00 | $0.00 | 12% | $1,432.00 | $0.00 | 1.50% | NOT PAID | $21.00 | $21.00 | $0.00 |
| | | | $2,563,416.00 | $2,238,702.00 | | | $435,075.00 | | | | $14,274.00 | $14,274.00 | $0.00 |

JUNE CLOSED 07-017

*SENT AUG CREDITS BY JOHN SMITH OF IATI*

*OWED*