# CLAIM NO. 497

UNITED STATES BANKRUPTCY COURT — CENTRAL DISTRICT OF CALIFORNIA

Name of Debtor: **MTI Technology Corporation**

PROOF OF CLAIM

Case Number: **07-13347-ES**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**ROBERT N. LINSKY**

Name and address where notices should be sent:
TEL: (516) 374-7334
Robert Linsky
300 Pepperidge Road
Hewlett, NY 11557

FILED
JUN 18 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: _____

Name and address where payment should be sent (if different from above):
Name _____
Address 1 _____
Address 2 _____
Address 3 _____
Address 4 _____
Telephone _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete all applicable questions. The original of this Proof of Claim must be sent to: United States Bankruptcy Court, Central District of California, Santa Ana Division, 411 West Fourth Street Suite 904, Santa Ana, CA 92701-4593. Please refer to the Notice of Bar Date for claims submission deadlines. No facsimiles will be accepted.

1. **Amount of Claim as of Date Case Filed:** $ **129,839.63**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

2. **Basis for Claim:** **COMMISSIONS AWARDS**
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:
Describe: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of collateral: $ _____

Annual Interest Rate: _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____

Amount Secured: $ _____
Basis for perfection: _____
Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

Amount entitled to priority: $ **10,950.00**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

THIS SPACE IS FOR COURT USE ONLY

Date: **06/17/2008**

Signature: _[signed]_
Printed Name: **ROBERT N. LINSKY**
Title: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0817  0001

497

 **UBS**

04/21/08

UBS FINANCIAL SERVICES INC.
ATTN: CORPORATE ACTIONS
1000 HARBOR BLVD., 7TH FLOOR
WEEHAWKEN, NJ 07086

**********AUTO**MIXED AADC 117
JODY LINSKY C/F
AMY S. LINSKY UTMA/NY
300 PEPPERIDGE ROAD
HEWLETT HARBOR NY 11557-2759

IMPORTANT INFORMATION
SECURITY DESCRIPTION: MTI TECHNOLOGY CORP

CUSIP#:        553903105
ACCOUNT#:      00080 RF 30855
QUANTITY:      1,000

Dear Client,

We have been requested to forward you the enclosed material. If you have any questions pertaining to this notice, please contact your financial institution.

FOR INFORMATION CALL: YOUR FINANCIAL ADVISOR

JOB NUMBER: E39052 221    CONTROL#: 436666815150

 **UBS**

UBS FINANCIAL SERVICES INC.       000001726
ATTN: CORPORATE ACTIONS
1000 HARBOR BLVD., 7TH FLOOR
WEEHAWKEN, NJ 07086

**********AUTO**MIXED AADC 117
JODY LINSKY C/F
AMY S. LINSKY UTMA/NY
300 PEPPERIDGE ROAD
HEWLETT HARBOR NY 11557-2759

# DO NOT MAIL

Robert Linsky
300 Pepperidge Drive
Hewlett, NY 11557

Re: MTI Technology Corp. Proof of Claim

Total Claim Amount: Commissions and Money Owed $129,839.63
                    Stock 1000 Shares

MTI Payments Due

1. Date of Departure
   a. I had a confidential conversation with Scott Nagel, MTI-FusionStorm Channel Manager, EMC to discuss my contemplating joining FusionStorm on Monday, July 16, 2007. I had requested of Scott that he set up a conversation between myself and Billy Scannell, EVP North American Sales, EMC to discuss the opportunity, make sure he understood what I was trying to accomplish (i.e., maintain an EMC strategic relationship representing only EMC storage product and keeping joint customers aligned with EMC goals). Scott called me Wednesday morning, July 18, 2007 stating he was in Billy Scannell's office. Billy had requested from Scott the details of the transaction. He asked me who was considering the offer (names and roles) and who we were considering. Within two hours of our conversation, Sal Maita, VP Sales NorthEast, informed me that he knew what we were contemplating. That evening, Sal sent an email to EMC District Managers, including Anthony Bucello and Dave Brown stating "Linsky and Owen are no longer working for MTI".
   b. Thursday, I received an offer from FusionStorm and formerly accepted an offer to start employment as of Friday, July 20, 2007.

2. Commissions
   a. MTI has not paid commissions for the month ending July 2007. MTI commission agreement reads that commissions will be paid by month end for commissions accrued during the previous month. MTI deposited $19,629.25 on July 20 and subsequently withdrew same amount on July 20.
      i. 07/20/2007  MTI TECHNOLOGY C REVERSAL PPD ID: 9111111101$19,629.25
      ii. 07/20/2007  MTI TECHNOLOGY C PAYROLL PPD ID: 9111111101 $3,408.27
      iii. 07/20/2007  MTI TECHNOLOGY C PAYROLL PPD ID: 9111111101 $19,629.25
   b. MTI owes residual commissions from prior months as the customer pays for product delivered. Commissions are paid 50% on delivery and 50% on payment. In addition, they hold payments on Lease transactions, defined

as Contingency. There are no statutes on the second payment expiring upon termination. Total commissions due are $121,289.63
  i. Lease Contingencies Commissions Open at the time of firing were:
     1. Tishman Speyer for $12894.72
     2. Frank Crystal for $1,126.92
     3. Lebouf Lamb Greene and McCrae for $13,772.80
     4. nMatrix residual of 30% for $35,775.20
  ii. Open Payable Commissions of $19,629.25 at 50% (credited then debited from my account)
  iii. Open Payable Commissions of $19,629.25 at remaing 50%
  iv. Professional Services Open Commissions due $18,46149

3. Promises Owed of an additional $8,550.00

Tom Ramaindo, CEO, made promises of Stock, Stock Option Grants and Special Performance Based Awards. These promises were not granted. As example,

**From:** Linsky,Robert
**Sent:** Monday, December 04, 2006 5:43 PM
**To:** Raimondi,Tom
**Subject:** RE: Touchdown!

Tom...I'm looking forward to getting my Rolex for club....see you in the sun!

If I close another one this size this quarter, can I assume that MTI is paying for the rest of the christmas gift

**From:** Raimondi,Tom
**Sent:** Monday, December 04, 2006 10:49 PM
**To:** Linsky,Robert
**Subject:** RE: Touchdown!

Bob

If you close another one of that size then YES.
And if you get to the total margin that I spoke of at club then YES.
Thanks for the great performance.

Tom

**From:** Linsky,Robert
**Sent:** Friday, January 05, 2007 1:39 PM
**To:** Raimondi,Tom
**Subject:** RE: Touchdown!

Tom,

Ok....got us Willkie and Dewey....and got us close to or at profitability. Thanks for approving the Christmas gifts and I know with the $565,000 of margin this quarter I know I just blew past the Rolex. I have attached a picture of the Daytona for your consideration...
Stainless will do...I do appreciate it and I am looking forward to blowing it out this quarter...thanks, bob.

Robert Linsky

> **From:** Maita,Sal
> **Sent:** Monday, July 09, 2007 5:31 PM
> **To:** Linsky,Robert
> **Subject:** rolex watch or a trip
>
> Bob:
>
> I have the watch lined up but I heard you want a trip. You know that we are tight on cash. If you could choose one or the other that would be great.
>
> Sal Maita
> Regional VP
> 732-530-5704 (direct office)
> 732-530-4449 x106
> 908-513-5448 (cell)

Stock Shares Owned
   1,000 Shares through UBS, CUSIP#553903105, Acct # 0000 RF 30855



Handwritten annotations:
- "↑ OWED"
- "original 50% of current commission = $19,629.25 that was deposited then reversed."
- "SENT AND CREATED BY SEAN SMITH OF MTI"

| Creditor: (19475950)<br>ROBERT LINSKY<br>300 PEPPERIDGE ROAD<br>HEWLETT, NEW YORK 11557 | **Claim No: 497**<br>*Filed:* 06/18/2008<br>*Entered:* 07/29/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kent, Susan<br>*Modified:* |
|---|---|---|

Unsecured claimed: $129839.63

**Total** claimed: **$129839.63**

*History:*

- 497-1  06/18/2008  Claim #497 filed by ROBERT LINSKY, total amount claimed: $129839.63 (Kent, Susan)

*Description:*

*Remarks:*

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>MTI Technology Corporation, a Delaware corporation, | DEFENDANTS<br>Fusionstorm, a Delaware Corporation, et.al, |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Scott C. Clarkson, Esq.<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>T: 310-542-0111 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>[X] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [ ] Other<br>[ ] Trustee | PARTY (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [X] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
(1) Breach of Contract; (2) Breach of Fiduciary duty; (3) Breach of Common Law Duty of Loyalty; (4) Breach of Statutory Duty of Loyalty; (5) Intentional Interference with Contract; (6) Intentional Interference with Prospective Economic Advantage; (7) Unfair Competition, Business & Professions Code Section 17200; (8) Violation of California Uniform Trade Secret Act; and (9) Breach of Coevenant of Good Faith and Fair Dealing; and Objections to Proofs of Claims filed by Christopher Butts (Claim No. 63); Marc Franz (Claim No. 96); Robert Linsky (Claim No. 497); Robert Owen (Calim No. 246)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[ ] 71-Injunctive relief – imposition of stay
[ ] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
[2] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
[1] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [X] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ 1,000,000.00 plus |

**Other Relief Sought** (1) Breach of Contract; (2) Breach of Fiduciary duty; (3) Breach of Common Law Duty of Loyalty; (4) Breach of Statutory Duty of Loyalty; (5) Intentional Interference with Contract; (6) Intentional Interference with Prospective Economic Advantage; (7) Unfair Competition, Business & Professions Code Section 17200; (8) Violation of California Uniform Trade Secret Act; and (9) Breach of Coevenant of Good Faith and Fair Dealing; and Objections to Proofs of Claims filed by Christopher Butts (Claim No. 63); Marc Franz (Claim No. 96); Robert Linsky (Claim No. 497); Robert Owen (Calim No. 246)

B104

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>MTI Technology Corporation | BANKRUPTCY CASE NO.<br>8:07-bk-13347-ES | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District | DIVISION OFFICE<br>Santa Ana Division | NAME OF JUDGE<br>Hon. Erithe A. Smith |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| */s/ Scott C. Clarkson* | |
| DATE<br>October 14, 2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Scott C. Clarkson, Esq. |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>Eve A. Marsella, Esq. (SBN 165797)<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>T: 310-542-0111<br>F: 310-214-7254<br><br>*Attorney for Plaintiff* MTI Technology Corporation | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: MTI Technology Corporation, a Delaware corporation,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER  8:07-bk13347-ES<br>ADVERSARY NUMBER |
|---|---|
| MTI Technology Corporation, a Delaware corporation,<br>vs.                                         Plaintiff(s),<br>Please see attached page for a list of the Defendants.<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____ , the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☒ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By:_____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

F 7004-1
F70041

**In re MTI Technology Corporation**
**Case No. 8:07-bk-13347-ES**

## Attachment to Summons and Notice of Status Conference Hearing

List of Defendants:

FUSIONSTORM, a Delaware corporation;
JOHN VAREL, an individual;
DANIEL R. SERPICO, an individual;
MARC FRANZ, an individual;
CHRISTOPHER BUTTS, an individual;
RICHARD BOCCHINFUSO, an individual;
MATTHEW DWYER, an individual;
JUSTIN GRIFFIN, an individual;
DIMITRIS KREKOUKIAS, an individual;
ROBERT LINSKY, an individual;
ROBERT OWEN, an individual;
HEEKI PARK, an individual;
GREG PRESTININZI, an individual; and,
THOMAS TAR, an individual.