SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
ISRAEL SAPERSTEIN, ESQ. SBN 084471
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Debtor and Debtor<br>    in Possession. | Case No. 8:07-bk-13347-ES<br><br>Adv. No. 8:09-ap-01639-ES<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Date:   No Hearing Required<br>Time:<br>Place: |
| MTI TECHNOLOGY CORPORATION, A Delaware corporation,<br><br>    Plaintiff,<br>  vs.<br><br>FUSIONSTORM, a Delaware corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an individual, MARC FRANZ, an individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO, an individual; MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an individual; DIMITRIS KREKOUKIAS, an individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual; HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS TAR, an individual,<br><br>    Defendants | |

This stipulation ("Stipulation") is entered into by and between MTI Technology

1 Corporation, Debtor and Plaintiff in the above-captioned adversary proceeding ("Plaintiff") on
2 one hand, and Defendant Fusionstorm, on the other hand. Plaintiff and Defendant herby stipulate
3 and agree through their respective undersigned counsels that the deadline to respond to the
4 Complaint initiating this Adversary Proceeding shall be extended for all defendants through and
5 until December 11, 2009.
6 IT IS SO STIPULATED.

Dated: November 11, 2009

CLARKSON, GORE & MARSELLA, APLC

By: _____
Scott C. Clarkson
Eve A. Marsella
Israel Saperstein
Attorney for Plaintiff, Debtor and Debtor in
Possession, MTI Technology Corporation

Dated: November 11 2009

~~CLARKSON, GORE & MARSELLA, APLC~~
Lynberg & Watkins

By: _____
Courtney Hylton
Attorney for Defendant Fusionstorm

Stipulation to Extend Time to File Responsive Pleading
2

| In re: | CHAPTER: 11 |
|---|---|
| MTI TECHNOLOGY CORPORATION, a Delaware corporation        Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |
| | ADV NUMBER: 8:09-ap-01639-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson St., Suite 350, Los Angeles, CA 90503

A true and correct copy of the foregoing document described _____ Stipulation to Extend Time to File Responsive Pleading _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U.S. Trustee**
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___November 12, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

**Counsel for Defendant Fusionstorm**
Courtney Hylton, Esq.
333 City Blvd. West, Suite 640
Orange, CA 92868-5915

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2009 | Michelle A. Carpenter | _/s/ mac_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

## FUSIONSTORM SERVICE LIST

FusionStorm, a Delaware Corporation
Attn: Timothy Tonges
President and Chief Operation Officer
2 Bryant Street Suite 150
San Francisco, CA 94105

**Agent for Service of Process for**
**FusionStorm, a Delaware Corporation**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

John Varel
2 Bryant Street Suite 150
San Francisco, CA 94105

Daniel R. Serpico
2 Bryant Street Suite 150
San Francisco, CA 94105

Richard Bocchinfuso
3 Meadows Court
Manalapan, NJ 07726

Chris Butts
350 C Street
Redwood City, CA 94063

Matthew Dwyer
26 Treetops Circle
Princeton, NJ 08540

Marc Franz
30011 Hillside Terrace
San Juan Capistrano, CA 92675

Justin Griffin
175 Pinckney Road
Little Silver, NJ 07739

Dimitris Krekoukias
815 Leicester Road #203
Elk Grove Village, IL 60007

Robert Owen
19 Park Avenue
Hawthorne, NJ 07506

Heeki Park
30 Guisborough Way
Edison, NJ 08820

Greg Prestininzi
73 Strauss Drive
Shrewsbury, NJ 07702

Robert Linsky
300 Pepperidge Road
Hewlett, NY 11557

Tom Tar
6 Glades Drive
Denville, NJ 07834