Scott C. Clarkson, Esq. (CA Bar No. 143271)
Eve A. Marsella, Esq. (CA Bar No. 165797)
Israel Saperstein, Esq. (CA Bar No. 084471)
**Clarkson, Gore & Marsella, APLC**
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: 310/542-0111
Facsimile: 310/214-7254
Email: sclarkson@lawcgm.com

Attorneys for Plaintiff MTI Technology Corporation,
Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation,<br><br>Debtor and Debtor in Possession.<br><br>―――――――――――――――――<br>MTI TECHNOLOGY CORPORATION,<br>A Delaware corporation,<br><br>    Plaintiff,<br>vs.<br><br>FUSIONSTORM, A Delaware corporation;<br>JOHN VAREL, an individual; DANIEL R.<br>SERPICO, an individual, MARC FRANZ, an<br>individual; CHRISTOPHER BUTTS, an<br>individual; RICHARD BOCCHINFUSO, an<br>individual; MATTHEW DWYER, an<br>individual; JUSTIN GRIFFIN, an individual;<br>DIMITRIS KREKOUKIAS, an individual;<br>ROBERT LINSKY, an individual; ROBERT<br>OWEN, an individual; HEEKI PARK, an<br>individual; GREG PRESTININZI, an<br>individual; and, THOMAS TAR, an<br>individual,<br><br>    Defendants. | Case No. 8:07-bk-13347-ES<br><br>Adv. No. 8:09-01639-ES<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>Continued Date:<br>DATE:    March 18, 2010<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 5A |

**TO ALL PARTIES:**

    **PLEASE TAKE NOTICE** that the January 14, 2010 status conference in the above

matter was continued by the Court to March 18, 2010 at 2:00 p.m.

DATED: January 15, 2010

**Clarkson, Gore & Marsella, APLC**

By: /s/ Scott Clarkson

Scott Clarkson
Israel Saperstein
Eve Marsella
Attorneys for Plaintiff, Debtor and Debtor in Possession, MTI Technology Corporation

| In re:<br>MTI TECHNOLOGY CORPORATION, a Delaware corporation<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:07-bk-13347-ES<br>ADV NUMBER: 8:09-ap-01639-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson St., Suite 350, Los Angeles, CA 90503

A true and correct copy of the foregoing document described _____ Notice of Continued Status Conference _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U.S. Trustee**
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___January 15, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
MTI Technology Corp
Attn: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA 92780

**Counsel for Defendant Fusionstorm**
Courtney Hylton, Esq.
333 City Blvd. West, Suite 640
Orange, CA 92868-5915

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 15, 2010 | Michelle A. Carpenter | /s/ MAC |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re:<br>MTI TECHNOLOGY CORPORATION, a Delaware corporation<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:07-bk-13347-ES<br>ADV NUMBER: 8:09-ap-01639-ES |
|---|---|

**SERVED BY U.S. MAIL**

**Judge**
Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 9013-3.1