ORDER TO CHAMBERS
Date 3-16-10

NORMAN J. WATKINS (SBN #87327)
nwatkins@lynberg.com
COURTNEY L. HYLTON (SBN #214929)
chylton@lynberg.com
LYNBERG & WATKINS
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for All Defendants



FILED
MAR 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>A Delaware Corporation,<br><br>Debtor and Debtor in Possession. | CASE NO: 8:07-bk-13347-ES<br><br>Adv. No.: 8:09-01639-ES<br>Chapter 11<br><br>*Assigned for All Purposes to:*<br>*Hon. Erithe A. Smith* |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUSIONSTORM, A Delaware Corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an individual, MARC FRANZ, an individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO, an individual; MATTHEW DWYER. an individual; JUSTIN GRIFFIN, an individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual; HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS TAR, an individual,<br><br>Defendant. | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*Complaint filed: October 14, 2009* |

1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO
PLAINTIFF'S FIRST AMENDED COMPLAINT

1     This stipulation is entered into by and between MTI Technology Corporation, Debtor and Plaintiff (hereinafter "Plaintiff") in the above captioned adversary proceeding, and Defendants FUSIONSTORM, A Delaware Corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an individual, MARC FRANZ, an individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO, an individual; MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual; HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS TAR, an individual (hereinafter "Defendants").

    Plaintiff and Defendants hereby stipulate and agree through their respective counsel that the deadline for Defendants to respond to Plaintiff's First Amended Complaint shall be extended for a period of two-weeks through and including April 5, 2010.

DATED: March 12, 2010    **LYNBERG & WATKINS**
A Professional Corporation

By: _____
NORMAN J. WATKINS
COURTNEY L. HYLTON
Attorneys for All Defendants

DATED: March 12 2010    **CLARKSON, GORE & MARSELLA, APLC**

By: _____
EVE A. MARSELLA
Attorneys for Plaintiff

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO
PLAINTIFF'S FIRST AMENDED COMPLAINT

Case Name: ***MTI Technology Corporation v. FusionStorm, et al.***
Case No.: 8:07-bk-13347-ES (Adv. No. 8:09-01639 ES)

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 City Boulevard. West, Suite #640, Orange, California 92868.

On **March 15, 2010**, I served the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Scott C. Clarkson, Esq.
Eve A. Marsella, Esq.
Israel Saperstein, Esq.
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite #350
Torrance, CA 90503

(310) 542-0111
(310) 214-7254

Counsel For Plaintiff

☒ **BY MAIL**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, I deposited such envelope in the mail at Orange, California.

☐ **BY ELECTRONIC TRANSFER**: I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone numbers indicated above.

☐ **BY FEDERAL EXPRESS/OVERNIGHT MAIL**: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

☐ **(State)**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct

☒ **(Federal)**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 15, 2010**, at Orange, California

*/s/ Christine Harris*
**CHRISTINE HARRIS**

---
i
PROOF OF SERVICE