ORIGINAL

ORDER TO CHAMBERS
Date ___7-23-10___

1  NORMAN J. WATKINS (SBN #87327)
   nwatkins@lynberg.com
2  COURTNEY L. HYLTON (SBN #214929)
   chylton@lynberg.com
3  LYNBERG & WATKINS
   A Professional Corporation
4  333 City Boulevard West, Suite 640
   Orange, California 92868-5915
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6
7  Attorneys for All Defendants
8



FILED

JUL 23 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

9        UNITED STATES BANKRUPTCY COURT

10    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO: 8:07-bk-13347-ES |
| MTI TECHNOLOGY CORPORATION, A Delaware Corporation, | Adv. No.: 8:09-01639-ES Chapter 11 |
| Debtor and Debtor in Possession. | *Assigned for All Purposes to:* Hon. Erithe A. Smith |
| MTI TECHNOLOGY CORPORATION, A Delaware Corporation, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1), 12(b)(6), AND 12(f) OR IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING ADVERSARY PROCEEDING UNDER 28 USC §1334(c)(1)** |
| Plaintiff, | |
| vs. | |
| FUSIONSTORM, A Delaware Corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an individual; MARC FRANZ, an individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO, an individual; MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual; HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS TAR, an individual, | Current date:    August 12, 2010 Time:            2:00 p.m. Dept.:           5A |
| | *Complaint filed: October 14, 2009* |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**

1   This stipulation is entered into by and between MTI Technology Corporation,
2   Debtor and Plaintiff (hereinafter "Plaintiff") in the above captioned adversary
3   proceeding, and Defendants FUSIONSTORM, A Delaware Corporation; JOHN
4   VAREL, an individual; DANIEL R. SERPICO, an individual, MARC FRANZ, an
5   individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO,
6   an individual; MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an
7   individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual;
8   HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS
9   TAR, an individual (hereinafter "Defendants").

10   Plaintiff and Defendants hereby stipulate and agree through their respective
11   counsel to continue the hearing on Defendants' Motion to Dismiss/Strike or Abstain,
12   currently set for August 12, 2010 at 2:00 p.m. in Dept. 5A of the above referenced
13   court, for a period of at least 60 days.  Pursuant to this Court's courtroom rules
14   regarding the calendaring of Motions to Dismiss, the Court will determine the new
15   date for the hearing, not less than 60 days from the current date set for hearing.

16   The grounds for this stipulation are that Plaintiff and Defendants have
17   stipulated to a withdrawal of the reference of the adversary proceeding to the
18   Bankruptcy Court due to the non-core claims at issue and Defendants' demand for
19   jury trial and non-consent to the Bankruptcy adjudication of non-core claims.
20   Plaintiff and Defendants will be stipulating to allow the District Court for the
21   Central District of California to assume jurisdiction over this adversary proceeding
22   ///
23   ///
24   ///
25   
26   
27   
28   

2

**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**

and adjudicate the pending Motion to Dismiss and any subsequent motion as well as
preside over any resulting trial of the remaining issues.

DATED:  July 21, 2010          **LYNBERG & WATKINS**
                               A Professional Corporation

                          By: _____
                               NORMAN J. WATKINS
                               COURTNEY L. HYLTON
                               Attorneys for All Defendants

DATED:  July 21, 2010          **CLARKSON, GORE & MARSELLA, APLC**

                          By: _____
                               EVE A. MARSELLA
                               Attorneys for Plaintiff

---
3
**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**

Case Name:    ***MTI Technology Corporation v. FusionStorm, et al.***
Case No.:    8:07-bk-13347-ES (Adv. No. 8:09-01639 ES)

1                          <u>**PROOF OF SERVICE**</u>

2    **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3        I am employed in the County of Orange, State of California. I am over the age of 18 and
not a party to the within action. My business address is 333 City Boulevard. West, Suite #640,

4    Orange, California 92868.

5        On **July 23, 2010**, I served the foregoing document(s) described as **STIPULATION TO
CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS OR STRIKE**

6    **PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP
12(b)(1), 12(b)(6) AND 12(f) OR IN THE ALTERNATIVE, TO ABSTAIN FROM**

7    **HEARING ADVERSERY PROCEEDING UNDER 28 USC §1334(c)(1); ORDER
APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION**

8    **TO DISMISS** on the interested parties by placing a true copy thereof enclosed in sealed envelopes

9    addressed as follows:

10   Scott C. Clarkson, Esq.
     Eve A. Marsella, Esq.

11   Israel Saperstein, Esq.
     CLARKSON, GORE & MARSELLA, APLC

12   3424 Carson Street, Suite #350
     Torrance, CA 90503

13
     (310) 542-0111

14   (310) 214-7254 - Facsimile
     Counsel For Plaintiff

15
     ☒    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and

16        processing correspondence for mailing. Under that practice, I deposited such envelope in
          the mail at Orange, California.

17
     ☒    **BY ELECTRONIC TRANSFER:** I caused all of the pages of the above-entitled

18        document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the
          respective telephone numbers indicated above.

19
     ☐    **BY FEDERAL EXPRESS/OVERNIGHT MAIL:** I caused the above-described

20        document to be served on the interested parties noted as follows by Federal
          Express/Overnight Mail.

21
     ☐    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the

22        office(s) of the addressee via messenger.

23   ☐    **(State):** I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct

24   ☒    **(Federal):** I declare that I am employed in the office of a member of the bar of this court

25        at whose direction the service was made.

26        Executed on **July 23, 2010**, at Orange, California

27                                          *Christie Harris*

28                                          **CHRISTINE HARRIS**
                                                  i
                                       **PROOF OF SERVICE**

# ACE ATTORNEY SERVICE, Inc.

"Delivering Peace of Mind"

www.acelegal.com

**LOS ANGELES**
811 WILSHIRE BLVD.
SUITE 900
LOS ANGELES, CA 90017
TEL: (213) 623-3979
FAX: (213) 623-7527
dtla@acelegal.com

**RIVERSIDE**
3631 10TH STREET
SUITE 214
RIVERSIDE, CA 92501
TEL: (951) 786-9984
FAX: (951) 786-9986
riv@acelegal.com

**SACRAMENTO**
901 F STREET
SUITE 150
SACRAMENTO, CA 95814
TEL: (916) 447-4000
FAX: (916) 447-8000
sacto@acelegal.com

**SAN DIEGO**
110 WEST C STREET
SUITE 805
SAN DIEGO, CA 92101
TEL: (619) 235-8400
FAX: (619) 235-8401
sd@acelegal.com

**SAN FRANCISCO**
149 9TH STREET
SUITE 204
SAN FRANCISCO, CA 94103
TEL: (415) 556-1000
FAX: (415) 556-8000
sf@acelegal.com

**SANTA ANA**
310 W. 3RD STREET
ARTISTS VILLAGE
SANTA ANA, CA 92701
TEL: (714) 543-4220
FAX: (714) 543-4223
oc@acelegal.com

**VENTURA**
801 S. VICTORIA AVE.
SUITE 101
VENTURA, CA 93003
TEL: (805) 654-8700
FAX: (805) 654-8709
ventura@acelegal.com

MEMBER    MEMBER

| CHARGE: | CALLED IN BY: MARLYS | DATE: 07/23/2010 | | | DEL. RT. P.U. | |
|---|---|---|---|---|---|---|
| ARCHER NORRIS 4695 MACARTHUR COURT, #350 NEWPORT BEACH | YOUR FILE NO.: FHB-012 | | | | WT. MIN | |
| P.U. FROM: N/A - SCANNED TO ACE | DELIVER TO: Kenneth J. Catanzarite, Esq, Catanzarite Law Corporation 2331 West Lincoln Avenue Anaheim, CA 92801 Phone: (714) 520-5544 | | ASAP ☐ (1 Hr.) RUSH ☐ (2 Hrs.) REG. ☑ (4 Hrs.) | | LBS. POS COD FEES ADVANCED CK. CHRG. | |
| INSTRUCTIONS: Please deliver to the Catanzarite Law Corporation today by 4:30 p.m. Thank you. | | | | | | |
| SIGNATURE OF RECIPIENT (PRINT NAME): | | TIME | MSGR1 | MSGR2 | | |
| CONTROL # | | | | | TOTAL | |

ACE_FORMS AUG ©2009

*OUR LIABILITY FOR ANY LOSS OR DAMAGE IS LIMITED TO $250.00*