**FILED** JUL 30 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ORIGINAL

LODGED JUL 23 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED** AUG 02 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>A Delaware Corporation,<br><br>Debtor and Debtor in Possession. | CASE NO: 8:07-bk-13347-ES<br><br>Adv. No.: 8:09-01639-ES<br>Chapter 11<br><br>*Assigned for All Purposes to:*<br>Hon. Erithe A. Smith |
| MTI TECHNOLOGY CORPORATION,<br>A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUSIONSTORM, A Delaware Corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an individual, MARC FRANZ, an individual; CHRISTOPHER BUTTS, an individual; RICHARD BOCCHINFUSO, an individual; MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an individual; ROBERT LINSKY, an individual; ROBERT OWEN, an individual; HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, THOMAS TAR, an individual,<br><br>Defendant. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     No hearing required<br>Time:<br>Dept.:<br><br>*Complaint filed: October 14, 2009* |

1

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**

1  The Court, having reviewed and considered the Stipulation to Continue the
2  Hearing on Defendants' Motion to Dismiss, entered into between Plaintiff MTI
3  Technology Corporation and Defendants FusionStorm, et al. and good cause
4  appearing therefore, ORDERS as follows:

5     1.   The Stipulation is hereby approved; and

6     2.   The hearing on Defendants' "Motion to Dismiss Or Strike Portions Of
7  Plaintiff's First Amended Complaint Pursuant To FRCP 12(B)(1),
8  12(B)(6), And 12(F) Or In The Alternative, To Abstain From Hearing
9  Adversary Proceeding Under 28 USC §1334(C)(1)," originally
10  scheduled for August 12, 2010, at 2:00 p.m., is continued not less than
11  60 days, to _Jan. 6, 2011 at 2:00 pm_. The Status
12  Conference is continued from August 12, 2010 at 2:00 pm
13  IT IS SO ORDERED.  To January 6, 2011 at 2:00 p.m.

14  DATED: _7/30/10_

17  UNITED STATES BANKRUPTCY JUDGE

2
**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANTS'
MOTION TO DISMISS**

| In re:<br>MTI TECHNOLOGY CORPORATION, A Delaware Corporation,<br><br>Debtor(s). | CHAPTER:11<br>ADVERSARY NUMBER: 8:09-01639-ES<br>CASE NUMBER: 8:07-013347-ES |
|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category** I. below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category** II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   Order approving   stipulation to continue hearing on defendants' motion to dismiss                                                                                                         was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   August 2, 2010                            , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Eve A Marsella    emarsella@lawcgm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

SCOTT C CLARKSON
CLARKSON, GORE & MARSELLA
3424 CARSON STREET, SUITE 350
TORRANCE, CA 90503

Courtney L Hylton
Lynberg & Watkins
333 City Blvd W Ste 640
Orange, CA 92868

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                           **F 9021-1.1**